GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email: gweickhardt@rmkb.com
       wkrog@rmkb.com

LEANN PEDERSEN POPE
DANIELLE J. SZUKALA
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
T: (312) 840-7000/ F: (312) 840-7900
Email: lpope@burkelaw.com;
dszukala@burkelaw.com
Admitted *Pro Hac Vice*

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IT IS SO ORDERED

Judge James Ware

8/25/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFRY SCHULKEN and JENNIFER SCHULKEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO. C09-02708 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO PLEAD**<br><br>Old Answer Date: August 21, 2009<br>New Answer Date: September 18, 2009<br><br>Complaint Filed: June 18, 2009 |

Plaintiffs Jeffry and Jennifer Schulken and defendant JPMorgan Chase Bank, N.A. hereby stipulate that defendant may have a 28 day extension to plead from August 21, 2009, to September 18, 2009. The complaint was served effective on or about August 1, 2009, and no previous extensions have been granted. Good cause exists for granting an extension in that

///

1  defendants' counsel need additional time to investigate the facts and the law in order to properly
2  frame their response to the complaint.

3  Dated: August 21, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

5                                            By: _____
6                                               GEORGE G. WEICKHARDT
                                                WENDY C. KROG
7                                               Attorneys for Defendant
                                                JPMORGAN CHASE BANK, N.A.

8  Dated: August 21, 2009                    KAMBEREDELSON, LLC

10                                           By: _____
11                                              ALAN HIMMELFARB
                                                Attorneys for Plaintiffs
12                                              JEFFRY SCHULKEN and JENNIFER
                                                SCHULKEN

CASE NAME: Jeffry Schulken and Jennifer Schulken, et al. v. Washington Mutual Bank, Henderson, Nevada, et al.

ACTION NO.: C09-02708 JW

## PROOF OF SERVICE BY FIRST CLASS MAIL

1. I am over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105-1667.

3. On August 21, 2009 I mailed from San Francisco, California the following documents:

**STIPULATION FOR EXTENSION OF TIME TO PLEAD**

4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows (or as specified in the attachment hereto):

Jay Edelson
Steven L. Lezell
Mike McMorrow
KamberEdelson, LLC
350 North LaSalle
Suite 1300
Chicago, IL 60654
312-589-6370

*ATTORNEYS FOR PLAINTIFFS Jeffry Schulken and Jennifer Schulken*

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: August 21, 2009

Anna Castagnozzi Bush
Type Name

Signature