# EXHIBIT A



PO Box 100569
Florence, SC 29502-0569

03-13-2009

Schulken, Jeffrey D

Loan Number Ending In:

Additional Borrowers:
Schulken, Jenifer I

Property Address:

Dear Customer:

Thank you for being a valued customer.

We need your help updating your financial information related to your Home Equity Line of Credit (HELOC). Your account documents allow us to request updated information from you.

Complying with our request is easy:

- Complete and sign the enclosed Internal Revenue Service (IRS) Form 4506-T where indicated for each Borrower shown above. Instructions for completing the form are on the following page. This form allows us to obtain a summary of a specified federal tax return from the IRS.
- Provide a copy of a recent paystub for each Borrower and any additional current income documentation you would like to provide. Please indicate if you are self employed.
- Return each completed and signed 4506-T and other documents within 14 days of the date of this letter. You can fax the documents to 1-866-272-9223 or mail them to: Washington Mutual Bank, a division of JPMorgan Chase Bank, N.A., Account Management MB0402FL, P.O. Box 3990, Melbourne, FL 32902-3990.

*2008 Schedul, C's + 1040*

It is important that you provide this information. Thank you for your cooperation. If you have additional questions please contact us toll free at (877) 750-6825, Monday through Friday 5:00 a.m. to 6:00 p.m. and Saturday 5:00 a.m. to 2:00 p.m., Pacific time. If you are a hearing impaired customer, please contact us at (800) 641-1743 (TDD), Monday through Friday 6:00 a.m. to 7:00 p.m. and Saturday 6:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Washington Mutual Bank, a division of
JPMorgan Chase Bank, N.A.

*"Decrease Line" per CSR - "oops"*

TQ1BCLD

1of2

 **WaMu**

PO Box 100569
Florence, SC 29502-0569

## Answers to Frequently Asked Questions:

Q: You did not require income/financial information at the time of loan request. How can you require it now?
A: Your HELOC documents require you to provide updated information upon request.

Q: What is a 4506-T?
A: The 4506-T is an authorization to order a transcript, or summary, of the requested tax years from the IRS, and is a common form used in the mortgage industry. It is not a copy of the actual tax returns you filed.

Q: Can I just provide you my tax returns for the requested years vs. signing the 4506-T?
A: Unfortunately no. While you can provide any additional documentation that would support your current financial information, Chase/WaMu will still require you to complete and return the 4506-T.

## How to Complete the 4506-T:

### 1  Provide your information:

Line 1a: Name shown on tax return, if you filed a joint return enter the name shown first
1b: First social security number on tax return.

Line 2a: If a joint return enter spouse's name shown on return.
2b: Second social security number if joint tax return.

Line 3: Current name, address, city, state and ZIP code.

Line 4: Previous address shown on the last return filed if different from line 3.

### 2  Review the information we provided:

Line 5: The IRS will send the tax transcript to the address shown.

Line 6: Transcript requested - We have selected 1040, since it is the most common form. If you file a different form or need an additional 4506-T, call us at 877-750-6825 and we will gladly assist you.

Line 6a: Return Transcript - This allows us to receive a transcript of your most recent tax returns.

Line 9: Year or period requested - We are requesting transcripts for the two most recent tax years.

### 3  Sign and date the form:

If a joint return, only one signature is required.

# EXHIBIT B


**WaMu**
PO Box 100569
Florence, SC 29502-0569

03/18/2009

SCHULKEN, JEFFREY D

Loan Number Ending In:

Additional Borrowers:
SCHULKEN, JENIFER I

Property Address: 

## IMPORTANT NOTICE ABOUT YOUR HOME EQUITY LINE OF CREDIT

Dear Customer:

We are committed to the financial well-being of our customers and assisting them to achieve and preserve homeownership. As a valued customer we are contacting you with important information regarding the Home Equity Line of Credit (HELOC) referenced above.

We have carefully considered the information you provided in response to our request for updated income information. We have not received all the information requested in our letter dated 03/13/2009: a signed Internal Revenue Service (IRS) 4506-T form and the most current pay-stubs. Therefore, your HELOC account has been suspended from additional advances effective 03/18/2009. The primary reason for this suspension is we are unable to verify that your income is sufficient to satisfy your debt obligations.

What does this mean for you?
- At this time you may no longer obtain any additional advances on your HELOC account.
- You still need to make your minimum monthly payment by the specific due date to maintain your account in good standing.
- For questions or disputes about information in your credit bureau report, please contact TransUnion Consumer Relations at (800) 888-4213.
- If you feel we have made this decision in error, we offer an appeal process. Please see the FAQ section on the following page for information regarding the appeal process.
- We understand this action may affect your financial goals. Therefore, while we truly appreciate your business, should you choose to payoff and close your account within 90 days of this notice, we will waive any associated cancellation fees upon your request.

We strive to provide our customers with the highest level of service. Many commonly asked questions are answered via the FAQ section on the following page. If you have additional questions please contact us toll free at (877) 750-6925, Monday through Friday 5:00 a.m. to 6:00 p.m. and Saturday 5:00 a.m. to 2:00 p.m., Pacific Time. If you are a hearing impaired customer, please contact us at (800) 841-1743 (TDD), Monday through Friday 6:00 a.m. to 7:00 p.m. and Saturday 6:00 a.m. to 5:00 p.m., Pacific Time.

Sincerely,

Washington Mutual Bank, a division of
JPMorgan Chase Bank, N.A.


**WaMu**
PO Box 100569
Florence, SC 29502-0569

## Frequently Asked Questions

**Q: Why has my credit line been suspended?**
A: The information we recently received was not sufficient to determine if the income is the same as the income information provided when you applied for your credit line. We will be able to review your request once you have provided us with an Internal Revenue Service (IRS) Form 4506-T and a recent pay-stub. If you need an additional copy of the IRS Form 4506-T, please contact us at the number provided on the previous page and we will be happy to send one to you.

**Q: What if I think you have made this decision in error, how do I begin the appeal process to have my line reinstated?**
A: Please call us via the contact information on the previous page to initiate your request for reinstatement. A written request for reinstatement, along with all supporting documentation, should be faxed to 1-866-272-9223, or mailed to the address below, for review.

> Washington Mutual Bank, a division of
> JPMorgan Chase Bank, N.A.
> Account Management MB0118FL
> P.O. Box 3990
> Melbourne, FL 32902-3990

**Q: Where in my loan documents does it say that you can suspend my credit line?**
A: Suspension of the credit line is made in accordance with the terms of your HELOC agreement as noted under *Termination and Acceleration; Suspension of Advances and Reduction of Credit Limit; Other Remedies*. As long as your line of credit is open, we may exercise our rights under this section whenever any of the specified conditions are in effect.

### Fair Credit Reporting Act

Our decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons for this action. You also have a right to receive a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

TransUnion Consumer Relations, 2 Baldwin Place P.O. Box 1000 Chester, PA 19022-1000 (800) 888-4213

### Equal Credit Opportunity Act

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, Texas 77010-9050.