United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN and JENIFER SCHULKEN,<br><br>Plaintiffs,<br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, et al.,<br><br>Defendants. | Case No.: 09-CV-02708-LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL G. SALEMI *PRO HAC VICE* |

Michael G. Salemi, an active member in good standing of the bar of the State of Illinois and admitted to practice before the Supreme Court of Illinois, whose business address and telephone number are Burke, Warren, MacKay & Serritella, P.C., 330 N. Wabash Ave., Chicago, IL 60611, (312) 840-7112, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

1

Case No.: 09-CV-02708-LHK
ORDER GRANTING PRO HAC VICE APPLICATION

1  **IT IS SO ORDERED.**

2  Dated: October 8, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 09-CV-02708-LHK
ORDER GRANTING PRO HAC VICE APPLICATION