UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SHULKEN, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WASHINGTON MUTUAL BANK, ) <br> HENDERSON, NV, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.:09-CV-02708-LHK <br><br> MINUTE ORDER AND CASE MANAGEMENT ORDER |

A case management conference was held on October 12, 2010.  The parties were ordered to submit a proposed case schedule.  Based on the parties' submission, the Court sets the following schedule.  Earlier, alternative dates are provided in the event that no pre-certification Summary Judgment Motion is filed.

Further Case Management Conference:  February 9, 2011 at 2:00 p.m.

Deadline for Pre-Certification Summary Judgment Motion Regarding Schulkens' Individual Claims:  February 24, 2011

    Opposition: March 17, 2011; Reply: March 31, 2011

    Hearing:  April 21, 2011 at 1:30 p.m.

Class Certification Expert Disclosures Under Rule 26(a)(2)(B):  February 25, 2011

Class Certification Rebuttal Expert Disclosures Under Rule 26(a)(2)(B):  March 25, 2011

Deadline for Motion for Class Certification:  April 21, 2011/ July 7, 2011

    Opposition: May 12, 2011/ July 28, 2011; Reply: May 26, 2011/August 11, 2011

    Hearing: June 9, 2011/August 25, 2011 at 1:30 p.m.

Further Case Management Conference: August 3, 2011/September 14, 2011 at 2:00 p.m.

Additional Expert Disclosures:  July 29, 2011/September 22, 2011

Additional Rebuttal Expert Disclosures:  August 12, 2011/October 6, 2011

Discovery Cut-Off:  September 2, 2011/October 28, 2011

Deadline for Additional Dispositive Motions:  October 6, 2011/November 17, 2011

    Hearing: November 10, 2011/December 22, 2011 at 1:30 p.m.

Pretrial Conference: February 8, 2012/February 22, 2012 at 2:00 p.m.

Trial:  April 2, 2012/April 23, 2012 at 9:00 a.m.  Trial length is estimated at 10 days.

Case No.: 09-CV-02708-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: January 28, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-02708-LHK
CASE MANAGEMENT ORDER