**\*E-FILED 05-13-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN and JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | No. C09-02708 LHK (HRL)<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

Based upon the briefing submitted by the parties, it is this court's understanding that the parties have largely resolved the issues raised in plaintiffs' pending discovery motion (Docket No. 70), and that they will further meet-and-confer on some issues next week. Both sides agree that there is no need for a hearing on May 17. Accordingly,

1. The portion of plaintiffs' motion seeking to compel interrogatory answers is denied as moot;

2. No later than **May 24, 2011, 5:00 p.m. (Pacific)**, the parties shall file a joint status report, not to exceed five pages, specifically advising as to their respective positions on issues (if any) that remain in dispute with respect to the subject discovery; and

3. The hearing on plaintiffs' discovery motion is **continued to May 27, 2011,**

**10:00 a.m. in Courtroom 2**.

SO ORDERED.

Dated:   May 13, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-02708-LHK Notice has been electronically mailed to:

Alan Himmelfarb     Consumerlaw1@earthlink.net

Danielle Jean Szukala     dszukala@burkelaw.com, ECFNotices@burkelaw.com, sbecchino@burkelaw.com

George Geoffrey Weickhardt     gweickhardt@ropers.com, acho@rmkb.com, drekoon@rmkb.com, mmcpherson@ropers.com

Jay Edelson     jedelson@edelson.com

LeAnn Pedersen Pope     lpope@burkelaw.com, ecfnotices@burkelaw.com, rmallder@burkelaw.com

Michael G. Salemi     msalemi@burkelaw.com

Sean Patrick Reis     sreis@edelson.com, docket@edelson.com, sreis@reisfirm.com

Steven Leslie Lezell     slezell@edelson.com

Victoria R. Collado     vcollado@burkelaw.com, ECFNotices@burkelaw.com, jpowell@burkelaw.com, rabina@burkelaw.com, wdaitsman@burkelaw.com

Wendy Chai Krog     wkrog@rmkb.com, cchang@rmkb.com, drekoon@rmkb.com, mmcpherson@rmkb.com, mmcpherson@ropers.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.