SEAN REIS (sreis@edelson.com) - SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs,*
JEFFREY AND JENNIFER SCHULKEN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A. <br><br> Defendants. | Case No. C 5:09-cv-2708-LHK <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF CLASS CERTIFICATION , AS MODIFIED** <br><br> Hon. Lucy H. Koh |

Having read and considered Plaintiffs' Administrative Motion for Leave to File an Oversized Memorandum of Law in Support of Class Certification, as well as the Parties' Stipulation with respect thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs may file a Motion for Class Certification and Memorandum of Law in Support thereof up to 33 pages in length.

Dated: June 2, 2011

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge
Northern District of California

---

[Proposed] Order Granting Pl.'s Admin. Mot. to File Oversized Memorandum of Law
Case No. C09-cv-2708-LHK