RECEIVED
2011 JUN -7  A 11: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SCHULKEN, et al.,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, et al.,

    Defendant.

CASE NO. 5:09-cv-02708-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven Lezell Woodrow, whose business address and telephone number is 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654 (312) 589-6370 swoodrow@edelson.com and who is an active member in good standing of the bar of the states of Illinois & Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Jeffrey and Jennifer Schulken

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 10, 2011

_____
Honorable Lucy H. Koh
United States District Judge