RECEIVED
2011 JUN -7 A 11: 41
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
ND DIST OF CA SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SCHULKEN, et al.,

Plaintiff,

v.

WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, et al.,

Defendant.

CASE NO. 5:09-cv-02708-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jay Edelson, whose business address and telephone number is

350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654
(312) 589-6370
jedelson@edelson.com

and who is an active member in good standing of the bar of the state of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, Jeffrey and Jennifer Schulken

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 10, 2011

Honorable Lucy H. Koh
United States District Judge