UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al., | Case No.: 09-CV-02708-LHK |
| Plaintiffs, | |
| v. | |
| WASHINGTON MUTUAL BANK, HENDERSON, NV, et al., | ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL |
| Defendants. | |

On June 2, 2011, plaintiffs filed an Administrative Motion to File Under Seal (Dkt. No. 81). In the Motion, plaintiffs request sealing of certain documents that were designated Confidential by defendants under the Protective Order in this matter. Pursuant to Local Rule 79-5(d), when a party moves to seal documents designated as sealable by another party, the designating party must file a supporting declaration within 7 days, or the sealing motion will be denied. No supporting declaration was filed by any Defendant in response to the June 2, 2011 Sealing Motion.

As noted in the Protective Order, simply designating information as confidential does not entitle the parties to file it under seal. *See* Stipulated Protective Order, ¶ 1. If either defendant objects to the public filing of the documents identified in plaintiffs' Sealing Motion, it shall file a declaration stating the basis for asserting confidentiality of each exhibit plaintiffs seek to seal. These declarations must be filed by June 14, 2011. If no declarations are received, the Court will order the relevant documents to be publicly filed without sealing.

1

Case No.: 09-CV-02708-LHK
ORDER REGARDING SEALING

1    In the future, failure to follow the local rules and to submit declarations in support of
2 motions to seal will result in denial of sealing motions and public filing of documents without
3 warning.
4 IT IS SO ORDERED.
5 Dated: June 10, 2011

_____
LUCY H. KOH
United States District Judge