GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
       wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
MICHAEL G. SALEMI
BURKE, WARREN, MacKAY &
SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
       vcollado@burkelaw.com
       msalemi@burkelaw.com
Admitted *Pro Hac Vice*

Attorneys for JPMORGAN CHASE BANK,
N.A., as acquirer of certain assets and liabilities of
Washington Mutual Bank from the Federal Deposit
Insurance Corporation acting as receiver

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.<br><br>Defendant. | CASE NO. 5:09-cv-02708-LHK<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>Complaint Filed: June 18, 2009<br>Judge:         Hon. Lucy H. Koh<br><br>**CLASS ACTION** |

This matter came before the Court on Plaintiffs' Administrative Motion to File Documents Under Seal in connection with Plaintiffs' Motion for Class Certification and Defendants' Declaration in Support of Plaintiffs' Administrative Motion for Sealing Order,

1.  Pursuant to Civil Local Rule 79-5, good cause having been shown, the following documents shall remain sealed:

    (a) Exhibits D, E, F, G, H, J, L, M and P to the Declaration of Steven Woodrow in Support of Plaintiffs' Motion for Class Certification ("Woodrow Declaration");

    (b) The unredacted versions of Exhibits B, C, K and N to the Woodrow Declaration.

    (c) The unredacted version of Plaintiffs' Motion for Class Certification.

2.  Pursuant to Civil Local Rule 79-5, the following documents shall not remain sealed:

    (a) Group Exhibit A to the Woodrow Declaration

    (b) Portions of Exhibits B, C, K and N that are not redacted in Exhibits 1-4 (filed under seal) to the Declaration of Victoria Collado in Support of Plaintiffs' Administrative Motion ("Collado Declaration").

    (c) those portions of Plaintiffs' Motion for Class Certification that are not redacted in Exhibit 5 (filed under seal) to the Collado Declaration.

**IT IS SO ORDERED.**

Dated: June 28, 2011

_____
Honorable Lucy H. Koh
United States District Judge