Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorney for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | Case No. C 5:09-cv-2708-LHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY IN SUPPORT OF CLASS CERTIFICATION<br><br>Hon. Lucy H. Koh |

The Court has considered the Administrative Motion of Plaintiffs Jeffrey and Jenifer Schulken for an Order granting them leave to file a Reply Brief in support of class certification in excess of 15 pages, and the parties' Stipulation for such relief.

Good cause shown, the Court hereby ORDERS that Plaintiffs shall have leave to file a reply brief in excess of 15 pages, and shall be permitted them to file a Reply in Support of their Motion for Class Certification that is up to 20 pages in length.

Dated: July 5, 2011

_____
Honorable Lucy H. Koh

---

[Proposed] Order Granting Plaintiff's Motion for Leave to File Oversized Reply Brief
Case No. C09-cv-2708-LHK