1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105-1667
   Telephone: (415) 543-4800
4  Facsimile: (415) 972-6301
   gweickhardt@rmkb.com
5  wkrog@rmkb.com

6  LEANN PEDERSEN POPE
   VICTORIA R. COLLADO
7  MICHAEL G. SALEMI
   Burke, Warren, MacKay & Serritella, P.C.
8  330 North Wabash, 22nd Floor
   Chicago, IL 60611
9  Telephone: (312) 840-7000
   Fax: (312) 840-7900
10 lpope@burkelaw.com
   vcollado@burkelaw.com
11 msalemi@burkelaw.com
   (Admitted Pro Hac Vice)
12
   Attorneys for Defendant,
13 JPMORGAN CHASE BANK, N.A.

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16 JEFFREY SCHULKEN AND JENIFER
   SCHULKEN, individually and on behalf
17 of a class of similarly situated individuals,      CASE NO. 5:09-cv-02708-LHK

18                        Plaintiff,
                                                      [PROPOSED] SEALING ORDER
19         v.
                                                      Complaint Filed: June 18, 2009
20                                                    Judge:        Hon. Lucy J. Koh
   WASHINGTON MUTUAL BANK,
21 HENDERSON, NEVADA; JPMORGAN
   CHASE BANK, N.A.,                                  CLASS ACTION
22
23                        Defendants.
24
25
26
27
28
   CASE NO. 5:09-cv-02708-LHK                              [PROPOSED] ORDER GRANTING PLAINTIFFS'
                                                             ADMINISTRATIVE MOTION FOR SEALING
                                                                              ORDER

1    This matter came before the Court on Plaintiffs' Administrative Motion to File Documents

2    Under Seal in connection with Plaintiffs' Reply in Support of Class Certification and Defendants'

3    Declaration in Support of Plaintiffs' Administrative Motion for Sealing Order:

4
      Pursuant to Civil Local Rule 79-5 (b) and (d), good cause having been shown, the
5
     following document shall remain sealed:
6

7         (a)      Exhibit D to the Declaration of Evan M. Meyers in Support of Plaintiffs' Reply in

8                  Support of Class Certification;

9    Pursuant to Civil Local Rule 79-5 (b) and (d), good cause having been shown, portions of

10   the previously filed Plaintiffs' Reply in Support of Motion for Leave to File and Serve a Fourth

11   Amended Class Action Complaint that are redacted in Exhibit 3 (filed under seal) to the

12   Declaration of Victoria Collado in Support of Plaintiffs' Administrative Motion ("Collado

13   Declaration") shall be filed under seal.

14
      Pursuant to Civil Local Rule 79-5(c) and (d), good cause having been shown, the
15
     designated portions of the following documents shall not remain sealed:
16

17        (a)      Portions of Exhibit E to the Declaration of Evan M. Meyers in Support of

18                 Plaintiffs' Reply in Support of Class Certification that are not redacted in Exhibit 1

19                 (filed under seal) to the Collado Declaration;

20
          (b)      Portions of Plaintiffs' Reply in Support of Class Certification that are not redacted
21
                   in Exhibit 2 (filed under seal) to the Collado Declaration.
22

23   **IT IS SO ORDERED.**

24   Dated: July 27, 2011

25                                        *Lucy H. Koh*
                                          Honorable Lucy H. Koh
26                                        United States District Judge

27

28

CASE NO. 5:09-cv-02708-LHK                2                [PROPOSED] ORDER GRANTING PLAINTIFFS'
                                                           ADMINISTRATIVE MOTION FOR SEALING
                                                           ORDER