UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JEFFREY SHULKEN, et al., | ) | Case No.:09-CV-02708-LHK |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | AMENDED |
| | ) | MINUTE ORDER AND FURTHER |
| WASHINGTON MUTUAL BANK, | ) | CASE MANAGEMENT ORDER |
| HENDERSON, NV, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown             Reporter:  Lee-Anne Shortridge
Length of Hearing:  19 minutes
Plaintiff Attorney: Steven L. Lezell
Defendant Attorney: LeAnn Pedersen Pope

A further Case Management Conference was held on July 21, 2011.

The parties were ordered to agree on a mediator by July 22, 2011.

Plaintiffs will file their Fourth Amended Complaint by July 26, 2011.

The case management schedule was modified as follows:

Deadline for Motion for Class Certification:  August 10, 2011

    Opposition: August 24, 2011; Reply: August 31, 2011

    Hearing: October 13, 2011 at 1:30 p.m.
    A further Case Management Conference will follow the hearing on class certification.

Additional Expert Disclosures:  November 22, 2011

Additional Rebuttal Expert Disclosures:  December 6, 2011

Discovery Cut-Off:  January 12, 2012

Deadline for Additional Dispositive Motions:  January 26, 2012

    Hearing: March 1, 2012 at 1:30 p.m.

Pretrial Conference: April 11, 2012 at 2:00 p.m.

Trial:  April 30, 2012 at 9:00 a.m.  Trial length is estimated at 10 days.

No further extensions will be granted.

Case No.: 09-CV-02708-LHK
FURTHER CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: July 27, 2011



_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-02708-LHK
FURTHER CASE MANAGEMENT ORDER