**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al., ) | Case No.: 09-CV-02708-LHK |
| Plaintiffs, ) | |
| v. ) | ORDER EXTENDING PAGE LIMITS ON CLASS CERTIFICATION MOTION AND OPPOSITION TO 30 PAGES |
| WASHINGTON MUTUAL BANK, HENDERSON, NV, et al., ) | |
| Defendants. ) | |

Plaintiffs filed a stipulated request to extend the page limits on their briefing on class certification to 42 pages. The Court hereby extends the page limits on Plaintiffs' opening class certification brief **to 30 pages**. Likewise, the defendants may file an opposition brief of **30 pages**.

**IT IS SO ORDERED.**

Dated: August 10, 2011

_____
LUCY H. KOH
United States District Judge