Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorney for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | Case No. C 5:09-cv-2708-LHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED CIVIL L.R. 6-3 MOTION TO ENLARGE TIME TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND DISMISS As Amended<br><br>Hon. Lucy H. Koh |

The Court, having read the briefing on Plaintiffs' Unopposed Civil L.R. 6-3 Motion to Enlarge Time to File Their Opposition to Defendant's Motion to Strike and Dismiss, and with good cause appearing therefore, hereby ORDERS that:

1. Plaintiffs' Civil L.R. 6-3 Motion to Enlarge Time is GRANTED;

2. Plaintiffs' opposition to Defendant JPMorgan Chase Bank, N.A.'s Motion to Strike and Dismiss is due by August 29, 2011, with Defendant's reply due by September 6, 2011.

3. The hearing on Defendant's Motion to Strike and Dismiss remains set for October 13, 2011 at 1:30 p.m.

---

[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time As Amended
Case No. 09-cv-2708-LHK

- 1 -

1
2 **IT IS SO ORDERED.**
3
  Dated: <u>August 19, 2011</u>                    <u>/s/ Lucy H. Koh</u>
4                                                                Hon. Lucy H. Koh
                                                                 U.S. District Court Judge
5                                                                Northern District of California
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time   As Amended                               - 2 -
Case No. 09-cv-2708-LHK