SEAN REIS (sreis@edelson.com) - SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs,*
JEFFREY AND JENNIFER SCHULKEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A. <br><br> Defendants. | Case No. C 5:09-cv-2708-LHK <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF IN SUPPORT OF REVISED CLASS CERTIFICATION MOTION** <br><br> Hon. Lucy H. Koh |

Having read and considered Plaintiffs' Administrative Motion for Leave to File an Oversized Reply Brief in Support of Revised Class Certification Motion, as well as the Parties' Stipulation with respect thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs may file a reply brief in support of their revised motion for class certification of up to 20 pages in length.

Dated: August 29, 2011

*/s/ Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge
Northern District of California

[Proposed] Order Granting Pl.'s Admin. Mot. to File Oversized Reply Brief
Case No. C09-cv-2708-LHK