GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email: gweickhardt@rmkb.com
       wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
       vcollado@burkelaw.com
Admitted Pro Hac Vice

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN and JENNIFER SCHULKEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO.  09-CV-02708 LHK<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE REPLY BRIEFS<br><br>L.R. 6-3 |

/ / /

/ / /

/ / /

RC1/6124356.1/CC11

921643.1

1  Defendant JP Morgan Chase Bank, N.A. ("Chase"), having filed a motion for extension of
2  time to file its reply in support of its motion to strike and dismiss Plaintiffs' Fourth Amended
3  Complaint, and good cause appearing therefor,
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Chase's motion for
5  extension of time is GRANTED.
6  Chase's reply in support of its motion to strike and dismiss Plaintiffs' Fourth Amended
7  Complaint is due on September 13, 2011. The hearing remains set for October 13, 2011 at 1:30
8  p.m.
9  Plaintiffs' reply in support of their Motion for Class Certification is due on September 7,
10  2011. The hearing on the Motion for Class Certification remains set for October 13, 2011 at 1:30
11  p.m.
12  IT IS SO ORDERED.

Dated: August 29, 2011

By: *Lucy H. Koh*
HON. JUDGE LUCY H. KOH
Judge of the United States District Court
Northern District