Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>                                   Plaintiffs,<br>v.<br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br>                                   Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY DEADLINES**<br> AS MODIFIED<br><br>Fifth Am. Complaint filed: 10/14/2011<br>Judge:  Hon. Lucy H. Koh |

WHEREAS, on July 27, 2011, the Court issued an Order setting a schedule for the remaining discovery in this case, as follows:

    Additional expert disclosures:	November 22, 2011

    Additional rebuttal expert disclosures:	December 6, 2011

    Discovery cut-off:	January 12, 2012

    Deadline for additional dispositive motions: January 26, 2012

STIPULATION TO EXTEND DISCOVERY DEADLINES
CASE NO. 5:09-cv-2708-LHK

| | | |
|---|---|---|
| Hearing on dispositive motions: | March 1, 2012, at 1:30 pm | |
| Pretrial conference: | April 11, 2012, at 2:00 pm | |
| Trial: | April 30, 2012, at 9:00 am. Trial length is estimated at 10 days. | |

(Dkt. 133).

WHEREAS, on October 13, 2011, the Court held a hearing on Plaintiffs' Motion for Class Certification which the Court took under advisement;

Whereas, on October 14, 2011, Plaintiffs Jeffrey and Jennifer Schulken ("Plaintiffs") filed their Fifth Amended Complaint, to which Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed its Answer on October 28, 2011;

WHEREAS, the Parties are not certain as to what expert discovery may be needed or relevant following this Court's ruling on Plaintiffs' Motion for Class Certification;

WHEREAS, in the interest of judicial economy and so that they may focus discovery on relevant matters only, the Parties seek a 45-day extension of the above deadlines, pending the Court's consideration of the motion for class certification;

In light of the foregoing, the Parties hereby stipulate and agree, subject to this Court's approval, that the above deadlines are extended approximately 45 days as follows:

| | |
|---|---|
| Additional expert disclosures: | January 6, 2012 |
| Additional rebuttal expert disclosures: | January 20, 2011 |
| Discovery cut-off: | February 27, 2012 |
| Deadline for additional dispositive motions: | ~~March 12, 2012~~ March 5, 2012 |
| Hearing on dispositive motions: | ~~April 19, 2012, at 1:30 pm~~ April 12, 2012 at 1:30 pm |
| Pretrial conference: | May 30, 2012, at 2:00 pm |
| Trial: | June 18, 2012, at 9:00 am. Trial length is estimated at 10 days. |

STIPULATION TO EXTEND DISCOVERY DEADLINES
CASE NO. 5:09-cv-2708-LHK

2

This Stipulation is made in good faith and not for the purposes of delaying this litigation.

Dated: November 21, 2011

By:    /s/ Sean P. Reis

Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

Dated: November 21, 2011

By:    /s/ George G. Weickhardt

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
          wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
MICHAEL G. SALEMI
BURKE, WARREN, MACKAY
  & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
          vcollado@burkelaw.com
          msalemi@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.

**ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: November 22, 2011

_____
UNITED STATES DISTRICT JUDGE LUCY H. KOH

STIPULATION TO EXTEND DISCOVERY DEADLINES
CASE NO. 5:09-cv-2708-LHK

3