UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>WASHINGTON MUTUAL BANK,<br>HENDERSON, NV, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 09-CV-02708-LHK<br><br>ORDER DENYING REQUEST TO CONTINUE CONSIDERATION OF MOTION TO DISMISS AND OTHER DEADLINES |

The parties filed a stipulation to continue consideration of the pending motion for class certification and other deadlines. ECF No. 177. The parties have represented only that they "desire to resume settlement negotiations and request additional time to do so." Stip. To Continue at 2. While the parties are free to resume settlement negotiations at any time, the Court will not defer ruling on pending issues based solely on an agreement to discuss settlement. Accordingly, the request to defer ruling on the class certification motion and other deadlines is DENIED.

**IT IS SO ORDERED.**

Dated: December 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge