IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SCHULKEN and JENNIFER SCHULKEN

Plaintiff,

v.

WASHINGTON MUTUAL BANK, HENDERSON, NEVADA, et al.

Defendant.

CASE NO. 09-cv-02708 LHK

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Tiffany L. Sorge Smith, whose business address and telephone number is Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Chicago, IL 60611; Tel: (312) 840-7000,

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 19, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge