**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, HENDERSON, NV, et al., <br><br> Defendants. | Case No.: 09-CV-02708-LHK <br><br><br> ORDER REGARDING VARIOUS ADMINISTRATIVE ORDERS |

Plaintiffs filed an administrative motion to seal various documents related to their class certification motion. ECF No. 145. The motion to file under seal is unopposed. After reviewing the motion, the supporting declaration and the documents, the Court GRANTS Plaintiffs' motion to seal. The Court has already determined that many of the documents are properly sealable. *See* ECF Nos. 94, 99. Moreover, those documents that Plaintiffs seek to file entirely under seal contain information regarding Chase's business policies, procedures and strategies with respect to the 4506-T program, as well as statistics regarding the program. Those documents that Plaintiffs seek to file partially under seal also contain information regarding the same internal policies, procedures, and business practices referenced above. The sealing request is narrowly tailored to protect only the properly sealable information. Civil L.R. 79-5. Accordingly, Plaintiffs' motion to seal Exhibits C, D, E, F, G, I, L, M, and O of the Woodrow Declaration is GRANTED. Plaintiffs'

1

Case No.: 09-CV-02708-LHK
ORDER REGARDING VARIOUS ADMINISTRATIVE MOTIONS

motion to partially seal Exhibits A, B, J, K, and N of the Woodrow Declaration, and to partially seal portions of the motion for class certification is also GRANTED.

Plaintiffs have also filed an administrative motion to file under seal various documents related to their reply in support of the class certification motion. ECF No. 160. Plaintiffs already sought to seal Exhibits I, J, D, and F of the Woodrow Reply Declaration in the motion for class certification. These documents are properly sealable for the reasons stated above. Exhibit G and portions of Exhibit H are also properly sealable because they contain details regarding the business policies, procedures, strategies and statistics associated with the 4506-T program. Accordingly, the motion to seal Exhibits G, I, and J is GRANTED. The motion to partially seal exhibits D, F, and H is also GRANTED.

Defendant has also filed a motion to permanently block the e-filed Exhibit 1 of the Collado Declaration, which is a redacted copy of Plaintiffs' motion for class certification. ECF No. 151. This motion is DENIED. Because the document is already redacted, and nothing that is sealable has been revealed, there is no need to permanently block the ECF filing, or to seal the entire document. If Defendant believes an unredacted copy of Exhibit 1 was erroneously filed, Defendant shall identify the docket number for the Court by December 28, 2011, so the Court may reconsider its ruling.

Finally, Plaintiff filed an administrative motion to file a response to Defendant's statement of recent decision. ECF No. 166. Pursuant to Civil Local Rule 7-3(d)(2) the parties are permitted to bring to the Court's attention a relevant judicial opinion, "*without argument*." Accordingly, Plaintiffs' request is DENIED.

**IT IS SO ORDERED.**

Dated: December 21, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 09-CV-02708-LHK
ORDER REGARDING VARIOUS ADMINISTRATIVE MOTIONS