Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br>　　　　　　　Plaintiffs,<br>v.<br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br>　　　　　　　Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Fifth Am. Complaint filed: 10/14/2011<br>Judge:  Hon. Lucy H. Koh |

WHEREAS, on October 13, 2011, the Court held a hearing on Plaintiffs' Motion for Class Certification which the Court took under advisement;

Whereas, on October 14, 2011, Plaintiffs Jeffrey and Jennifer Schulken ("Plaintiffs") filed their Fifth Amended Complaint, to which Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed its Answer on October 28, 2011;

---

Stipulation to Continue Discovery Deadlines　　　　　　　　　　　　　　　　　CASE NO. 5:09-cv-02708-LHK

WHEREAS, on November 21, 2011, the Parties filed a stipulation seeking a continuation of discovery deadlines. (Dkt. 173.) The basis for the stipulation was that the Parties were not certain as to what expert discovery may be needed or relevant following this Court's ruling on Plaintiffs' Motion for Class Certification. The stipulation sought, in the interest of judicial economy and so that the Parties could focus discovery on relevant matters only, a 45-day extension of discovery and related deadlines, pending the Court's consideration of the motion for class certification;

WHEREAS, on November 22, 2011, this Court entered an Order modifying the Parties' proposed stipulated schedule and setting the following dates:

| | |
|---|---|
| Additional expert disclosures: | January 6, 2012 |
| Additional rebuttal expert disclosures: | January 20, 2011 |
| Discovery cut-off: | February 27, 2012 |
| Deadline for additional dispositive motions: | March 5, 2012 |
| Hearing on dispositive motions: | April 12, 2012, at 1:30 pm |
| Pretrial conference: | May 30, 2012, at 2:00 pm |
| Trial: | June 18, 2012, at 9:00 am. Trial length is estimated at 10 days. |

(Dkt. 174.)

WHEREAS, the Parties remain uncertain as to what expert discovery may be needed or relevant following this Court's ruling on Plaintiffs' Motion for Class Certification;

WHEREAS, the Parties continue to explore settlement possibilities with the knowledge and understanding that the Court is not inclined to continue the deadlines based on that reason alone;

WHEREAS, in the interest of judicial economy and so that the Parties may focus discovery on relevant matters only, the Parties seek an additional 30 day extension of certain of the relevant deadlines, and propose new deadlines as follows (without any change to the Pretrial Conference or Trial dates):

| | | |
|---|---|---|
| 1 | Additional expert disclosures: | February 3, 2012 |
| 2 | Additional rebuttal expert disclosures: | February 17, 2012 |
| 3 | Discovery cut-off: | March 28, 2012 |
| 4 | Deadline for additional dispositive motions: | April 6, 2012 |
| 5 | Hearing on dispositive motions: | May 17, 2012, at 1:30 pm |
| 6 | Pretrial conference: | May 30, 2012, at 2:00 pm |
| 7 | Trial: | June 18, 2012, at 9:00 am. Trial length is estimated at 10 days. |

This Stipulation is made in good faith and not for the purposes of delaying this litigation.

Respectfully submitted,

Dated: December 30, 2011

By:   /s/ Sean Reis

Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

Dated: December 30, 2011

By:   /s/ Victoria Collado

George G. Weickhardt (SBN 58586)
Wendy C. Krog (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
           wkrog@rmkb.com

LeAnn Pedersen Pope
Victoria R. Collado
Tiffany Sorge-Smith
BURKE, WARREN, MACKAY &
       SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
           vcollado@burkelaw.com
           tsorgesmith@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.

**ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: January 3, 2012

_____
UNITED STATES DISTRICT JUDGE LUCY H. KOH