UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JEFFREY SCHULKEN, et al.,<br><br>                  Plaintiffs,<br>    v.<br><br>WASHINGTON MUTUAL BANK,<br>HENDERSON, NV, et al.,<br><br>                  Defendants. | Case No.: 09-CV-02708-LHK<br><br>REVISED SCHEDULING ORDER |

The Court filed an Order adopting the parties' stipulation and setting a case management schedule. ECF No. 182. The hearing on dispositive motions is reset from May 17 to May 10, 2012. The revised schedule is as follows:

    Additional expert disclosures: February 3, 2012

    Additional rebuttal expert disclosures: February 17, 2012

    Discovery cut-off: March 28, 2012

    Deadline for filing dispositive motions (one 25-page motion per side): April 6, 2012

    Hearing on dispositive motions: <u>May 10, 2012, at 1:30 pm</u>

    Pretrial conference: May 30, 2012, at 2:00 pm

    Trial: June 18, 2012, at 9:00 am. Trial length is estimated at 10 days.

1

Case No.: 09-CV-02708-LHK
REVISED SCHEDULING ORDER

1    **IT IS SO ORDERED.**

2    Dated: January 3, 2012

_____
LUCY H. KOH
United States District Judge