GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]


Sean P. Reis (Cal. Bar. No. 184044) EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys forPlaintiffs*,
JEFFREY AND JENIFER SCHULKEN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br>　　　　　　Plaintiff,<br>v.<br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br>　　　　　　Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT CHASE TO PROVIDE CLASS LIST AND FOR PARTIES TO FILE STIPULATED CLASS NOTICE**<br><br>Judge: Hon. Lucy H. Koh<br><br>　　As Modified by the Court |

---

STIPULATION REGARDING EXTENSION OF TIME
FOR DEFENDANT CHASE TO PROVIDE CLASS LIST AND
FOR PARTIES TO FILE STIPULATED CLASS NOTICE

CASE NO. 5:09-cv-02708-LHK

WHEREAS, on January 5, 2011, the Court entered an Order Granting in Part and Denying in Part Motion to Certify Class Action (the "Order"), which required (i) Chase to produce a class list to Plaintiffs' Counsel within 21 days of the Order, January 26, 2011; and (ii) the parties to file a stipulated class notice within 21 days of the Order, January 26, 2011. In this Stipulation, as described below, (i) Chase seeks an extension of time to provide the class list because of difficulties identifying class members, a request that plaintiffs do not oppose; and (ii) the parties seek an extension of time to agree on a joint stipulated class notice.  This Stipulation is made in good faith and not for the purposes of delaying the litigation.

**(i) <u>Class List</u>**

WHEREAS, as set forth in the attached Lutchman Declaration, despite diligent efforts, Chase has been unable to identify the members of the Inability to Verify Class or the TILA Notice Subclass and requests additional time to review its records and provide the class list.  The Inability to Verify Class certified in the Order includes heritage WaMu customers whose HELOC contracts state that the borrower must provide, upon the lender's request "a current financial statement, new credit application, or both."  Order p. 23.  While Chase can identify heritage WaMu customers, several heritage WaMu HELOC contracts do not have the class language.  Chase's efforts to identify class members with database queries have identified approximately 23,000 potential heritage WaMu class members, but this number includes HELOC agreements that do not have the class language.  Chase is attempting to locate WaMu records regarding when each of the various heritage WaMu HELOC contracts was used, and to determine any other methods of systematically identifying class members. In the event these efforts are not successful, Chase will have to engage in a file by file review of HELOC agreements to determine which of the approximately 23,000 potential class members have the class language.  This effort will involve identifying and pulling the 23,000 HELOC contracts for the potential class members.  Some accounts have the HELOC

2
STIPULATION REGARDING EXTENSION OF TIME
FOR DEFENDANT CHASE TO PROVIDE CLASS LIST AND
FOR PARTIES TO FILE STIPULATED CLASS NOTICE

CASE NO. 5:09-cv-02708-LHK

contracts separately identified, while for others, identifying the HELOC contract will involve a page-by-page review of imaged loan files. After identifying the contracts, Chase will have to engage additional personnel to review and categorize the accounts with the class language. Chase estimates that it will take 5 to 10 minutes per account to identify and review the HELOC contracts. Because Chase has been unable to identify the members of the Inability to Verify Class, it has been similarly unable to identify the TILA Notice Subclass and identifying the subclass will also involve additional efforts. Of the approximately 23,000 potential class members, there are also approximately 3,600 borrowers whose accounts were suspended after review under the 4506-T program, and those accounts that are confirmed to be members of the Inability to Verify class will have to be reviewed individually to determine whether those borrowers were ever subject to prior suspensions for incomplete responses, which would make them members of the TILA Notice Subclass. Chase estimates that the review for the TILA Notice Subclass would take approximately 5 minutes for each individual borrower's account to make this determination.

WHEREAS, given these difficulties in identifying class members, Chase requests that the Court vacate the January 26, 2012 deadline for identifying class members and allow Chase to report to the Court on the status of the progress of identifying class members at the scheduled February 15, 2012 Case Management Conference. Chase continues to devote substantial resources to completing this project, but cannot determine how long this process will take until it determines whether individual reviews of thousands of loan files are required to identify class members.

WHEREAS, without stipulating to the facts in the Lutchman Declaration or as stated above, Plaintiffs do not oppose Chase's request for an extension of time to provide the class list;

**(ii) Joint Stipulated Class Notice**

WHEREAS, the parties continue to work on a joint stipulated class notice. Plaintiffs provided a draft notice on January 24, 2012, which Chase is reviewing. The parties hope to agree on a draft, and to work out any differences regarding style or substance and avoid briefing on the class notice. The parties request that the Court vacate the January 26, 2012 deadline for the parties to file a joint stipulated class notice and allow the parties to submit a proposed stipulated class notice with their Joint Status Report for the scheduled Case Management Conference on February 15, 2012.

Respectfully submitted,

Dated: January 25, 2012

By:     /s/ Sean P. Reis

Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

Dated: January 25, 2012

By:     /s/ George G. Weickhardt

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
           wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
BURKE, WARREN, MACKAY
 & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
           vcollado@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.

4

STIPULATION REGARDING EXTENSION OF TIME
FOR DEFENDANT CHASE TO PROVIDE CLASS LIST AND
FOR PARTIES TO FILE STIPULATED CLASS NOTICE

CASE NO. 5:09-cv-02708-LHK

**ORDER**

Pursuant to the stipulation, the parties shall file a joint stipulated class notice, along with a joint case management statement by February 8, 2012.

IT IS SO ORDERED.

Dated: January 27, 2012

_____
UNITED STATES DISTRICT JUDGE LUCY H. KOH

11912\00057\1084683.3

5

STIPULATION REGARDING EXTENSION OF TIME
FOR DEFENDANT CHASE TO PROVIDE CLASS LIST AND
FOR PARTIES TO FILE STIPULATED CLASS NOTICE

CASE NO. 5:09-cv-02708-LHK