Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br>　　　　　　　Plaintiffs,<br>v.<br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br>　　　　　　　Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>Fifth Am. Complaint filed: 10/14/2011<br>Judge:  Hon. Lucy H. Koh |

　　　　WHEREAS, on October 13, 2011, the Court held a hearing on Plaintiffs' Motion for Class Certification which the Court took under advisement;

　　　　Whereas, on October 14, 2011, Plaintiffs Jeffrey and Jennifer Schulken ("Plaintiffs") filed their Fifth Amended Complaint, to which Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed its Answer on October 28, 2011;

---

Stipulation to Continue Expert Deadlines　　　　　　　　　　　　CASE NO. 5:09-cv-02708-LHK

1  WHEREAS, on December 30, 2011, the Parties file a proposed Stipulation asking the
2  Court to continue discovery deadlines, including deadlines related to expert discovery. The
3  reason was, at that time, the Parties were uncertain as to what expert discovery may be
4  needed or relevant following this Court's ruling on Plaintiffs' Motion for Class Certification;

5  WHEREAS, on January 5, 2012, this Court entered an Order Granting in Part and
6  Denying in Part Plaintiffs' Motion for Class Certification.

7  WHEREAS, the present deadlines for expert disclosures are set as follows:

| | |
|---|---|
| Additional Expert Disclosures Due | February 3, 2012 |
| Rebuttal Expert Disclosures Due | February 17, 2012 |
| Discovery cut-off: | March 28, 2012 |

WHEREAS, the Parties, being in receipt of the Court's Order on the Motion for Class Certification and being focused on concluding merits discovery (and still discussing settlement), seek an additional 30 day extension of certain of the relevant expert deadlines, and propose new deadlines as follows (without any change to the Pretrial Conference or Trial dates):

| | |
|---|---|
| Additional expert disclosures: | March 2, 2012 |
| Additional rebuttal expert disclosures: | March 23, 2012 |
| Discovery cut-off: | March 30, 2012 |

This Stipulation is made in good faith and not for the purposes of delaying this litigation.


1 | Respectfully submitted,

| Dated: January 26, 2012 | Dated: January 26, 2012 |
|---|---|
| By:  /s/ Sean Reis | By:  /s/ Victoria Collado |

| | |
|---|---|
| Sean P. Reis (Cal. Bar. No. 184044)<br>EDELSON MCGUIRE, LLP<br>Lakeview Tower<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA  92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123<br>sreis@edelson.com<br><br>*Attorneys for Plaintiffs*,<br>JEFFREY AND JENIFER SCHULKEN | George G. Weickhardt (SBN 58586)<br>Wendy C. Krog (SBN 257010)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105-1667<br>Telephone: (415) 543-4800<br>Facsimile: (415) 972-6301<br>Email: gweickhardt@rmkb.com<br>         wkrog@rmkb.com<br><br>LeAnn Pedersen Pope<br>Victoria R. Collado<br>Tiffany Sorge-Smith<br>BURKE, WARREN, MACKAY &<br>    SERRITELLA, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Telephone: (312) 840-7000<br>Fax: (312) 840-7900<br>Email: lpope@burkelaw.com<br>         vcollado@burkelaw.com<br>         tsorgesmith@burkelaw.com<br>Admitted *Pro Hac Vice*<br><br>*Attorneys for Defendant*,<br>JPMORGAN CHASE BANK, N.A. |

**ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: January 30, 2012

_____
UNITED STATES DISTRICT JUDGE LUCY H. KOH

---

Stipulation to Continue Expert Deadlines                                          CASE NO. 5:09-cv-02708-LHK