Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br><br>            Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>Fifth Am. Complaint filed: 10/14/2011<br>Judge:  Hon. Lucy H. Koh |

WHEREAS, on October 13, 2011, the Court held a hearing on Plaintiffs' Motion for Class Certification which the Court took under advisement;

Whereas, on October 14, 2011, Plaintiffs Jeffrey and Jennifer Schulken ("Plaintiffs") filed their Fifth Amended Complaint, to which Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed its Answer on October 28, 2011;

1  WHEREAS, on December 30, 2011, the Parties file a proposed Stipulation asking the
2  Court to continue discovery deadlines, including deadlines related to expert discovery. The
3  reason was, at that time, the Parties were uncertain as to what expert discovery may be
4  needed or relevant following this Court's ruling on Plaintiffs' Motion for Class Certification;

5  WHEREAS, on January 5, 2012, this Court entered an Order Granting in Part and
6  Denying in Part Plaintiffs' Motion for Class Certification.

7  WHEREAS, the present deadlines for expert disclosures are set as follows:

8  Additional expert disclosures:            March 2, 2012
9  Additional rebuttal expert disclosures:   March 23, 2012
10 Discovery cut-off:                         March 30, 2012

11 WHEREAS, during the Case Management Conference on February 15, 2012, this
12 Court Ordered that if the Parties were going to settle this matter, a Motion for Preliminary
13 Approval had to be filed by March 7, 2012. The Parties have exchanged a draft settlement
14 agreement together with proposed notices and are hopeful to meet the Court's deadline.

15 WHEREAS, to attempt to reach an agreement that can be filed by the Court's
16 deadline, the Parties respectfully request a 10 day continuance of the additional expert
17 disclosure deadlines. The new dates would be as follows:

18 Additional expert disclosures:            March 12, 2012
19 Additional rebuttal expert disclosures:   March 24, 2012
20 Discovery cut-off:                         March 30, 2012

21 This Stipulation is made in good faith and not for the purposes of delaying this
22 litigation.

23
24
25
26
27
28

Stipulation to Continue Expert Deadlines                    CASE NO. 5:09-cv-02708-LHK

Respectfully submitted,

Dated: March 2, 2012

By:     /s/ Sean Reis

Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

Dated: March 2, 2012

By:     /s/ Victoria Collado

George G. Weickhardt (SBN 58586)
Wendy C. Krog (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
          wkrog@rmkb.com

LeAnn Pedersen Pope
Victoria R. Collado
Tiffany Sorge-Smith
BURKE, WARREN, MACKAY &
     SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
Email: lpope@burkelaw.com
          vcollado@burkelaw.com
          tsorgesmith@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.

**ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: March 8, 2012

_Lucy H. Koh_
UNITED STATES DISTRICT JUDGE LUCY H. KOH

---

Stipulation to Continue Expert Deadlines                                   CASE NO. 5:09-cv-02708-LHK