1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105-1667
   Telephone: (415) 543-4800
4  Facsimile: (415) 972-6301
   gweickhardt@rmkb.com
5  wkrog@rmkb.com

6  *Attorneys for Defendant*,
   JPMORGAN CHASE BANK, N.A.
7  [additional counsel appear on signature page]

8

   Sean P. Reis (Cal. Bar. No. 184044)
9  EDELSON MCGUIRE, LLP
   Lakeview Tower
10 30021 Tomas Street, Suite 300
   Rancho Santa Margarita, CA 92688
11 Telephone: (949) 459-2124
   Facsimile: (949) 459-2123
12 sreis@edelson.com

13 *Attorneys for Plaintiffs*,
   JEFFREY AND JENIFER SCHULKEN
14

15
       **IN THE UNITED STATES DISTRICT COURT
16     FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN JOSE DIVISION**
17

18 | JEFFREY SCHULKEN AND JENIFER         ) CASE NO. 5:09-cv-02708-LHK
   | SCHULKEN, individually and on behalf of a )
   | class of similarly situated individuals, ) **STIPULATION AND** ~~PROPOSED~~
19 |                     Plaintiff,          ) **ORDER REGARDING EXTENSION**
   |                                         ) **OF TIME TO FILE MOTION FOR**
20 | v.                                      ) **PRELIMINARY APPROVAL**
   | WASHINGTON MUTUAL BANK,                 )
21 | HENDERSON, NEVADA; JPMORGAN CHASE ) Judge:  Hon. Lucy H. Koh
   | BANK, N.A.,                             )
22 |                     Defendants.         )
   |                                         )

23

24

25

26

27

28
   STIPULATION REGARDING EXTENSION OF TIME                CASE NO. 5:09-cv-02708-LHK
   TO FILE MOTION FOR PRELIMINARY APPROVAL

WHEREAS, on February 5, 2012, this Court entered an order requiring Plaintiffs to either file a motion for preliminary approval of a class settlement or to finalize and mail out the class notice by March 7, 2012; and

WHEREAS, since February 5, 2012 the Parties have had several discussions regarding settlement and held a further telephonic mediation session with Judge Wayne Andersen on February 28, 2012; and

WHEREAS, through these efforts, on March 7, 2012, the Parties reached an agreement in principle with respect to the relief to be made available to the Class and Subclass members, and have exchanged a draft settlement agreement. The agreement with respect to the class relief is contingent upon reaching an agreement on Plaintiffs' attorneys' fees and costs, which is currently being negotiated;

WHEREAS, the Parties request an additional 7 days to continue their negotiations, with the hope of reaching a final resolution on all matters;

WHEREAS, Chase provided Plaintiffs' counsel with a partial list of Class members that Chase was able to identify, and has supplemented that list with a small number of additional Class members identified through a manual review. While Chase diligently continues its efforts to produce a complete list of Class members, the work of reviewing approximately 23,000 HELOC contracts to determine whether borrowers meet the Class definition has taken longer than expected. To identify Class members, Chase has searched its imaged borrower files and extracted HELOC contracts for the approximately 23,000 borrowers potentially included in the class. In an effort to comply with the Court's March 7 deadline, Chase also hired a vendor to assist with the process of reviewing HELOC contracts. Despite best efforts and working through the weekend to complete this process, Chase needs an additional seven days to complete the process of identifying the Class members.

This Stipulation is made in good faith and not for the purposes of delaying the litigation.

Respectfully submitted,

Dated: March 7, 2012

By:     /s/ Steven L. Woodrow

SEAN P. REIS (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com


EVAN M. MEYERS
STEVEN L. WOODROW
EDELSON MCGUIRE, LLC
350 N. LASALLE STREET
CHICAGO, ILLINOIS 60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378
Email:   emeyers@edelson.com
              swoodrow@edelson.com
 Admitted Pro Hac Vice

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

Dated: March 7, 2012

By:     /s/  LeAnn Pedersen Pope

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
              wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
BURKE, WARREN, MACKAY
 & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: lpope@burkelaw.com
              vcollado@burkelaw.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.

## **ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: March 8, 2012

_____
UNITED STATES DISTRICT JUDGE LUCY H. KOH