UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al., | Case No.: 09-CV-02708-LHK |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| WASHINGTON MUTUAL BANK, HENDERSON, NV, et al., | |
| Defendants. | |

The Parties filed a stipulation and proposed order to extend the deadline to file for preliminary approval of the class settlement as the parties have indicated that they have reached an agreement in principle and are settling on the class list and attorneys' fees award. ECF No. 199. In order to allow time for the parties to finalize their settlement agreement, agreement on attorneys' fees and class list, the Court resets the following deadlines:[1]

Deadline by which to file a dispositive motion OR a motion for preliminary approval: April 6, 2012.

Hearing on dispositive motions:[2] May 10, 2012, at 1:30 pm

---

[1] The parties have not requested, and therefore this Order does not grant, a continuance of the parties' expert deadlines, which are currently set as follows: deadline to file rebuttal expert disclosures March 24, 2012; expert discovery cut off is March 30, 2012. See ECF No. 197.

[2] If the parties file dispositive motions, the hearing date of May 10, 2012 will remain as set. If, instead, Plaintiff files a motion for preliminary approval, Plaintiff should obtain a hearing date from the Courtroom Deputy, Ms. Parker Brown and the hearing date on the dispositive motions will be vacated.

1

Case No.: 09-CV-02708-LHK
REVISED SCHEDULING ORDER

1    Pretrial conference: May 30, 2012, at 2:00 pm

2    Trial: June 18, 2012, at 9:00 am. Trial length is estimated at 10 days.

3    **IT IS SO ORDERED.**

4    Dated: March 19, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-02708-LHK
REVISED SCHEDULING ORDER