GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
gweickhardt@rmkb.com
wkrog@rmkb.com

*Attorneys for Defendant*,
JPMORGAN CHASE BANK, N.A.
[additional counsel appear on signature page]

Sean P. Reis (Cal. Bar. No. 184044)
EDELSON MCGUIRE, LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

*Attorneys for Plaintiffs*,
JEFFREY AND JENIFER SCHULKEN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, HENDERSON, NEVADA; JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | CASE NO. 5:09-cv-02708-LHK<br><br>**STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME TO PROVIDE CLASS NOTICE/FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:  Hon. Lucy H. Koh |

WHEREAS, on March 20, 2012, this Court entered an order requiring the parties to file a motion for preliminary approval or dispositive motion by April 6, 2012;

WHEREAS, the parties have reached an agreement with respect to the relief to be made available to the Class and Subclass members, attorneys' fees and costs, and incentive awards to the Schulkens;

WHEREAS, the parties have exchanged drafts of a written Settlement Agreement, along with drafts of other materials to be submitted in support of the motion for preliminary approval, including a short form mail notice, claim form, and long form notice.  Chase is also in the process of retaining a Claims Administrator to facilitate the notice, benefits to class members, and settlement website elements contemplated in the settlement, and to assist with improving the class notices and claim forms;

WHEREAS, in order to finalize the settlement agreement and supporting materials, and the parties request an additional three weeks from the April 6, 2012 deadline to submit a motion for preliminary approval, extending the date to April 27, 2012;

WHEREAS, the requested extension of the deadline to submit a motion for preliminary approval will not interfere with the preliminary approval hearing, which is scheduled for July 19, 2012; and

WHEREAS, because the parties have reached a class settlement, they will not be filing dispositive motions and request that the remaining pretrial and trial dates be stricken. The parties' contemplated motion for preliminary approval will contain a request that the Court set dates relating to the settlement, including notice deadline, request for exclusion deadline, and the date for a final approval hearing.

This Stipulation is made in good faith and not for the purposes of delaying the litigation.

Respectfully submitted,

| | |
|---|---|
| Dated: April 4, 2012 | Dated: April 4, 2012 |
| By: /s/ Steven L. Woodrow | By: /s/ Victoria R. Collado |
| SEAN P. REIS (Cal. Bar. No. 184044)<br>EDELSON MCGUIRE, LLP<br>Lakeview Tower<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br>Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123<br>sreis@edelson.com | GEORGE G. WEICKHARDT (SBN 58586)<br>WENDY C. KROG (SBN 257010)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105-1667<br>Telephone: (415) 543-4800<br>Facsimile: (415) 972-6301<br>Email: gweickhardt@rmkb.com<br>wkrog@rmkb.com |
| EVAN M. MEYERS<br>STEVEN L. WOODROW<br>EDELSON MCGUIRE, LLC<br>350 N. LASALLE STREET<br>CHICAGO, ILLINOIS 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>Email: emeyers@edelson.com<br>swoodrow@edelson.com<br>Admitted *Pro Hac Vice*<br><br>*Attorneys for Plaintiffs*,<br>JEFFREY AND JENIFER SCHULKEN | LEANN PEDERSEN POPE<br>VICTORIA R. COLLADO<br>TIFFANY SORGE SMITH<br>BURKE, WARREN, MACKAY<br>& SERRITELLA, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900<br>Email: lpope@burkelaw.com<br>vcollado@burkelaw.com<br>tsorgesmith@burkelaw.com<br>Admitted *Pro Hac Vice*<br><br>*Attorneys for Defendant*,<br>JPMORGAN CHASE BANK, N.A. |

**ORDER**

Pursuant to the stipulation,

IT IS SO ORDERED.

Dated: April 17, 2012

*/s/ Lucy H. Koh*

UNITED STATES DISTRICT JUDGE LUCY H. KOH