UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN, et al., <br><br> Plaintiffs, <br> v. <br><br> WASHINGTON MUTUAL BANK, HENDERSON, NV, et al., <br><br> Defendants. | Case No.: 09-CV-02708-LHK <br><br> ORDER RE PRELIMINARY APPROVAL HEARING |

In light of the Ninth Circuit's recent decision in *Dennis v. Kellog Co.*, No. 11-55674 (9th Cir. July 13, 2012), the parties are requested to be prepared to discuss at the July 19, 2012 preliminary approval hearing the proposed *cy pres* distribution referenced in Paragraph 8.1 of the Settlement Agreement.  By 5:00 p.m. on Wednesday, July 16, 2012, the parties shall file an up to three page statement: (1) identifying the proposed recipient organizations, and (2) explaining "the driving nexus between the plaintiff class and the *cy pres* beneficiaries."  Slip Op. at 8119.

**IT IS SO ORDERED.**

Dated: July 16, 2012

_____
LUCY H. KOH
United States District Judge