United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JEFFREY SCHULKEN, et al.,                        ) Case No.: 09-CV-02708-LHK
                                                 )
                    Plaintiffs,                  )
        v.                                       ) ORDER RE PRELIMINARY
                                                 ) APPROVAL HEARING
WASHINGTON MUTUAL BANK,                           )
HENDERSON, NV, et al.,                            )
                                                 )
                    Defendants.                  )
                                                 )

        In light of the Ninth Circuit's recent decision in *Dennis v. Kellog Co.*, No. 11-55674 (9th

Cir. July 13, 2012), the parties are requested to be prepared to discuss at the July 19, 2012

preliminary approval hearing the proposed *cy pres* distribution referenced in Paragraph 8.1 of the

Settlement Agreement.  By 5:00 p.m. on Wednesday, July 18, 2012, the parties shall file an up to

three page statement: (1) identifying the proposed recipient organizations, and (2) explaining "the

driving nexus between the plaintiff class and the *cy pres* beneficiaries."  Slip Op. at 8119.

**IT IS SO ORDERED.**

Dated: July 16, 2012

                                                 *Lucy H. Koh*
                                                 _____
                                                 LUCY H. KOH
                                                 United States District Judge

Case No.: 09-CV-02708-LHK
ORDER RE PRELIMINARY APPROVAL HEARING