Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorney for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | Case No. C 5:09-cv-2708-LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME<br><br>Judge Lucy Koh |

After full consideration of Plaintiffs' Administrative Motion to Shorten Time to consider and rule on Donald R. Earl's Motion to Vacate Judgment and Plaintiffs' related Motion for Sanctions, Plaintiffs' Administrative Motion is granted. The hearing on Motion to Vacate [Dkt. 225] and Plaintiffs' Motion for Sanctions [Dkt. 230] is taken off the Court's calendar. The Court will consider and rule on both Motions by mail.

**IT IS SO ORDERED**

Dated: December 17, 2012

LUCY H. KOH
United Stated District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOT. TO SHORTEN TIME
Case No. 09-cv-2708-LHK