**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUITUAL BANK and JP MORGAN CHASE BANK, N.A,<br><br>Defendants. | Case No.: 09-CV-02708-LHK<br><br><br><br>ORDER TO POST BOND |

On April 2, 2013, the Court issued an order regarding several motions related to this case, including an order that class objector Donald R. Earl ("Mr. Earl") post a $5,000 bond pursuant to Federal Rule of Appellate Procedure 7 to secure payment of the costs on appeal of Plaintiffs-Appellees Jeffrey and Jenifer Schulken ("Plaintiffs-Appellees"). ECF No. 240, at 9-10. Over 18 months later, Mr. Earl has yet to obey this Court's order. The Court hereby orders Mr. Earl to post a $5,000 bond within seven days.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02708-LHK
ORDER TO POST BOND