UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiffs,<br>     v.<br><br>WASHINGTON MUITUAL BANK and JP MORGAN CHASE BANK, N.A,<br><br>                    Defendants. | Case No.: 09-CV-02708-LHK<br><br><br><br><br><br>ORDER TO POST BOND |

On April 2, 2013, the Court issued an order regarding several motions related to this case, including an order that class objector Donald R. Earl ("Mr. Earl") post a $5,000 bond pursuant to Federal Rule of Appellate Procedure 7 to secure payment of the costs on appeal of Plaintiffs-Appellees Jeffrey and Jenifer Schulken ("Plaintiffs-Appellees"). ECF No. 240, at 9-10. Mr. Earl has not yet posted a bond. On September 26, 2014, the Court issued an order that Mr. Earl post a bond within seven days. ECF No. 275. However, the Court did not serve Mr. Earl with the order by mail.

The Court hereby orders Mr. Earl to post a $5,000 bond within seven days from the date of this order.

1  **IT IS SO ORDERED.**

2  Dated: October 6, 2014

                                             _____
                                             LUCY H. KOH
                                             United States District Judge