UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCHULKEN, ET AL. et al,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON MUTUAL BANK, ET AL. et al,<br><br>　　　　　Defendant.　　　　　　　　　／ | Case Number: CV09-02708 LHK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald R. Earl
3090 Discovery Road
Port Townsend, WA 98368

Dated: October 6, 2014

　　　　　　　　　　　　　　　　　*Snooki Puli*

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Snooki Puli, Deputy Clerk