Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow (Admitted *Pro Hac Vice*)
swoodrow@edelson.com
Megan L. Lindsey (Admitted *Pro Hac Vice*)
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON MUTUAL BANK and JPMORGAN CHASE BANK, N.A.,<br><br>*Defendants*. | Case No: 09-cv-2708-LHK<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR CONTEMPT**<br><br>Date: October 16, 2014<br>Time: 1:30 p.m.<br>Judge: Honorable Lucy H. Koh<br><br>Courtroom 8, 4th Floor<br>280 South 1st Street<br>San Jose, California 95113 |

**[PROPOSED] ORDER**

This matter coming before the Court on Plaintiffs' Request to Appear Telephonically at the hearing set for October 16, 2014 in this matter, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' request is granted; and,

2. Plaintiffs' counsel shall arrange to appear telephonically at the October 16, 2014 hearing via the CourtCall service.

IT IS SO ORDERED.

ENTERED: 3219 14236

*Lucy H. Koh*
HONORABLE LUCY H. KOH

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY     1     CASE NO. 09-CV-2708-LHK