UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY SCHULKEN AND JENIFER SCHULKEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>WASHINGTON MUITUAL BANK and JP MORGAN CHASE BANK, N.A,<br><br>Defendants. | Case No.: 09-CV-02708-LHK<br><br>ORDER CONTINUING HEARING |

Before the Court is Plaintiffs-Appellees Jeffrey Schulken and Jenifer Schulken's ("Plaintiffs-Appellees") Motion for Contempt Against Objector Donald R. Earl ("Mr. Earl"). The Court is still awaiting verification that Mr. Earl posted an appeal bond pursuant to the Court's October 6, 2014 order. The Court understands that verification will be forthcoming by approximately November 26, 2014. Therefore, the Court hereby CONTINUES the hearing on Plaintiffs-Appellees' motion for contempt against Mr. Earl, currently set for November 20, 2014, to December 4, 2014, at 1:30 p.m.

1

Case No.: 09-CV-02708-LHK
ORDER CONTINUING HEARING

1  **IT IS SO ORDERED.**

2  Dated: November 18, 2014



3  _____
   LUCY H. KOH
   United States District Judge

Case No.: 09-CV-02708-LHK
ORDER CONTINUING HEARING